

**FILED**

OCT 21 2015

JAMES W. McCORMACK CLERK
By: _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**
_____Civil_____ **DIVISION**

CASE NO. __1:15-CV-118 JM/BD__

**Jury Trial:** ☑ **Yes** ☐ **No**
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Datrick Thomas
       ADC # 155115

       Address: _____

       Name of plaintiff: _____
       ADC # _____

       Address: _____    **This case assigned to District Judge** Moody
                                  **and to Magistrate Judge** Deere

       Name of plaintiff: _____
       ADC # _____

       Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Jimmy Banks

       Position: Warden

       Place of employment: Arkansas Department of Corrections

       Address: 300 Corrections Drive, Newport, Ar. 72112

       Name of defendant: Joe Page III

       Position: Deputy Warden

-4-

Place of employment: Arkansas Department of corrections

Address: P.O. Box 180 Brickeys, Ar 72380

Name of defendant: Vernon Robertson

Position: Mayor

Place of employment: Arkansas Department of corrections

Address: 300 Corrections Drive, Newport, Ar. 72112

Name of defendant: Kenny Cantrell

Position: Lt.

Place of employment: Arkansas Department of corrections

Address: 300 Corrections Drive, Newport, Ar. 72112

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.  Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    ☐    Court (if federal court, name the district; if state court, name the county):

    _____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
    Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.    Place of present confinement: Arkansas Departmentment of Corrections (Scott Grimes Unit)

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    _____ in jail and still awaiting trial on pending criminal charges

    __✓__ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

    _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _✓_    No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

# Defendent Sheet continued.

Name of defendent : Jewel Milgram
Position : Seargent
Place of employment : Arkansas Department of corrections
Address : 300 Corrections Drive, Newport, Ar 72112


Name of defendent : Jeffrey Tate
Position : Corporal
Place of employment : Arkansas Department of corrections
Address : 300 corrections Drive, Newport, Ar 72112


Name of defendent : Z. Cambell
Position : C.O. 1
Place of employment : Arkansas Department of corrections
Address : 300 corrections Drive, Newport, Ar 72112


Name of defendent : Peggy Durham
Position : Inmate Grievance Coordinator
Place of employment : Arkansas Department of corrections
Address : 300 corrections Drive, Newport, Ar 72112

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See attached sheets.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-7-

I, Datrick Ryan Thomas, ADC# 155115 hereby bring this action against the Arkansas Department of corrections and correctional officers, Warden Jimmy Banks, Deputy Warden Joe Page III, Mayor Vernon Robertson (Chief of Security), Lt. Kenny Cantrell, Sgt. Jewel Milgram, Corporal Jeffrey Tate, and officer Z. Cambell under 42 U.S.C & 1983.

I, Datrick Thomas has been Serving a Sentence for a Class C felony for commercial Burglary, out of Sebeastian County. I am currently Serving my time at, The Scott Grimes Prison, at the Newport Complex, in Newport Arkansas.

On August 10th, 2015 around 2:00 p.m. in housing unit one (1), Zone One (1), barracks two (2), inmate Richardson, D. Every ADC#139311 assigned to barracks Six (6), Came into barracks two (2), permitted by Corporal (officer first class then) Jeffrey Tate, to confront me about "Some money". Please note that inmate Richardson is out of place of assignment. I told inmate Richardson that I did not Know him or have a clue about what money he was talking about. At which point, inmate Richardson, went out of two (2) barracks, and then proceeded to Six (6) barracks

where corporal, called the housing control tower to open the door for inmate Richardson. Please note that two (2) barracks door is still open; while another door is being opened. (This is against ADC policy, as is going into an unauthorized barracks). Once in six (6) barracks, with door secure, inmate Richardson comes back to the door, corporal Jeffrey Tate acknowledges his request to open the door, at which officer Z. Cambell in the control booth opens. Inmate Richardson, then is seen physically by corporal Jeffrey Tate in the housing vestibule, and on camera by the control tower officer Z. Cambell watching inmate Richardson go back into two (2) barracks, where I was housed. Inmate Richardson the approaches me and begins to stab me; in which forced me to defend with closed fist. Inmate Richardson Stabbed me in the back, the most superficial womb, and several scratch / stab attemps on the the left of the Neck, back of the Neck, left side of the chest, and above my left Eye. Inmate Richardson was placed in restraints, along with me and taken to medical, where I was laid on my stomach in the day clinic ER, triage room. Several pictures were taken, and Deputy Warden

Joe Page III, came in, asked "was I ok", instructed officers to take plenty of photos, and document everything. Deputy Warden Joe Page III, signed off on an emergency inmate gate pass, requested by on call unit physician, to have me transported to a local hospital Emergency Room for test, stitches, X-Rays, and MRI's to ensure No Vital organs were hit. I was then brought back to the unit, where I was reviewed by medical and they reviewed the ER's notes and orders. I was questioned by security staff, as to what happened, as I explained to them, a gentlemen unknown to me, from Internal Affairs, was present and took my recorded statement. I was placed in Administrative Segregation isolation cell #126 with a camera for further review. On August 14th, 2015 I was served a disciplinary from the incident and also, Administrated Segregated from population. This comes after being found guilty for fighting, and me writing an informal grievance 1st step on, August 15th, 2015. The initial review was," This matter is being investigated". (See EX. 1A). I then went to step two (2) for the wardens response, as to why protocol, and procedure was broken which resulted
\

in me being stabbed. I Stated that Corporal Jeffrey Tate and officer Z. Cambell had failed to protect me by allowing there to be more than one (1) barracks door at a time to be opened, and allowing inmate Richardson to come into a restricted area for him, while I was under their care and Supervision. They had three (3) times at to which Say, or do Something knowing inmate Richardson was out of place of assignment but failed to do so. This is a clear result for my physical and pBycological injuries, that I'm currently being treated for (See journal documents EX. 2A). On September 15th, 2015, my grievance GRIS-01076 Wardens response was given to me, but Some paperwork was withheld by staff, however, the Warden found that there was merit to my grievance, and that protocol and procedures had been broken. He, Warden Jimmy Banks, Stated that the grievance was with merit, but resolved. I appealed on September 15th, 2015, with the Wardens response form (See Ex. 1B, dated 9/15/2015) to central office. If the housing Seargent assigned, Jewel Milgram, by Lt. Cantrell had not abandoned post and left unauthorized officers on that post, this may not have happened. Sgt. Jewel

Milgram, assigned to that post, failed to protect and keep me free from harm, acting negligent by him leaving in-experianced, and unauthorized officers on that post, or by not telling them to read the post orders, and understanding them before he left. I appealed my disciplinary but warden Jimmy Banks affirmed it at the unit level. Once appealed to central office, Internal Affairs overtured/modified my disciplinary (See EX. 3A). During this appeal, and my final grievance procedure steps to central office, first my grievances and request started being messed up by the ARO Mrs. Peggy Durham, then I filed grievances on that (See Ex. 4A) on September 28th, 2015. On September 29th, 2015, she and Sgt. Lawson came to my cell door to speak with me. Upon her returning my wardens response finding my grievance with merit, she failed to give me all the proper papers to proceed (See Ex. 4A) she in fact only submitted one page, while I mailed the other two (2) required pages to central office to exhaust my remedies. They rejected hers for to early and then on a seperate date rejected mine. ADC staff, lost, misplaced, or withheld papers, as for such stopping my process. I brought this to their attention and

preserved what I could, and grieved this matter. Then on two (2) different grievances, Mrs. Durham rejected one in to regards to herself, messing up intentionally, so I have appealed to central office. The Staff from the Warden, Deputy Warden, Chief of security, Lt. Kenny Cantrell, Sgt. Jewel Milgram, Coporal Jeffrey Tate, and Officer Z. cambell have all violated my 8th amendment, failed to keep me free from harm, failed to abide by policies, and while acting under the color of the state of Arkansas as staff in the Arkansas Department of Corrections, And forced me to protect myself, while in such wrote me a disciplinary for doing what they were set in place to do. They had multiple attempts to stop the incident, but failed grossly. Then when I wrote grievances and paperwork and preserved it, as to them blocking my due process, it shows total at fault, because they are purposely loosing or misplacing or withholding paperwork from me. This goes not shortly after, two (2) months of a stabbing, which resulted in fatality.

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I'm asking for relief for pain and suffering, physical, and psycological suffering, because I was at their mercy. Monetary damage $200,000 (two-hundred thousand)

Punitive damage $100,000 (one-hundred thousand) all in a Personal and official capacity as well as the disciplinary removed from my jacket

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 19 day of October , 20 15 .

Patrick & Thomas
_____

_____
Signature(s) of plaintiff(s)

-8-

Exhibit 1

**UNIT LEVEL GRIEVANCE FORM (Attachment I)** Received \ Grievance

Unit/Center _Grimes_

AUG 17 2015

Name _Datrick Thomas_

ADC# _155115_ Brks # _Seg_ Job Assignment _Kitchen Assigned_

FOR OFFICE USE ONLY

GRV. # _GR-15-0107b_

Date Received: _8-17-15_

GRV. Code #: _508_

_____ (Date) STEP ONE: Informal Resolution

_8/15/15_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_8/11/15_, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _I feel that my safety is at jeopardy because of protocal not being followed._

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 8/10/15 I was in my barracks barracks 2_
_and was called to the door of my barracks by an inmate not in barracks 2 at_
_all. The inmate that didnt belong in barracks 2 stuck his head in the barracks_
_saying I owed him money. I said that I didnt owe anything nor did I know_
_him, the inmate then left 2 barracks went into 6 barracks and was locked_
_in by officer Tate. While 2 barracks and other barracks doors were still_
_open the officer upstairs in the booth unlocked 6 barracks and the_
_inmate came out of the barracks and ran into 2 barracks where I_
_was and started punching and stabbing me with an unknown object. The_
_C.O.'s on duty failed to follow protocal by allowing more than one_
_barracks at a time to be open therefore allowing another Inmate_
_not belonging in my barracks to come in and cause harm to me in_
_the safety of my own barracks._

RECEIVED

FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS

SEP 21 2015

Inmate Signature _Datrick L Thomas_  _8/11/15_

Grievance Supervisor BUILDING

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _8-11-15_ (date), and determined to be **Step One** and/or an Emergency Grievance _No_ (Yes or No.) This form was forwarded to medical or mental health? _No_ (Yes or No.) If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER) _Bruce L Golder_   ID Number _1791_   Staff Signature _____ Date Received _8-11-15_

Describe action taken to resolve complaint, including **dates**: _This matter is being investigated._ _____

_____

Staff Signature & Date Returned _____ _8-15-15_   Inmate Signature & Date Received _8/15/15_

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Exhibit B

IGTT41v
3GS

Attachment III

INMATE NAME: Thomas, Datrick R.    ADC #: 155115    GRIEVANCE #: GR-15-01076  ,

## WARDEN/CENTER SUPERVISOR'S DECISION

After a review of all documentation, it was determined that on 08/10/15 that the security staff in housing 1 did not follow the proper protocol for the rotation of the barracks doors being opened one (1) barracks door at at time and allowing Inmate Richardson to leave out of barracks 6 and enter into barracks 2. Both you and Inmate Richardson were observed hitting each other with close fists. Inmate Richardson and you were placed in cuffs and placed in segregation. You went to disciplinary court and was found guilty of 04-8 battery- Use of Force on an Inmate. Inmate Richardson has been placed on your enemy alert list and therefore, you will not be housed in the same housing unit. However, An investigation was conducted into this incident and appropriate action has been taken to ensure that this does not occur again.
Your grievance is with merit and already resolved.

_____
Signature of Warden/Supervisor or
Designee

RETURNED TO INMATE
FOR THE FOLLOWING
REASON(S): NOT
PROCESSED, PREVIOUSLY
ANSWERED/REJECTED,
OR A DUPLICATE

9/13/2015
Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? Genuine issues of material fact existed as the ADC staff assigned to zone 1, housing 1, and the extent of placing me in danger while they broke protocol. I feel their neglegence was with malicious and sadastic intent to cause harm, all zones within ADC/units have post orders. The answer States no where inpart, of me being stabbed with a homemade knife. Nor being transferred to Harris hospital (ER) then back to medical. I speak only facts, had this protocol had not been broken, I would not have had to defend myself, at the careless neglegence of the officers. Then I received a DR for their involvement in unneccasary and wanton inflittion of pain, because I was forced to break ADC rules in my defense (I had no choice!). I would think that short of just having a stabbing, which resulted in fatality, staff would be alert AND not be gross in their neglegence to protect inmates while maintaining good order.

Inmate Signature _Datrick R. Thomas_ ADC# 155115    Date 9/15/15

**RECEIVED**

SEP 2 9 2015

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

**RECEIVED**

SEP 1 1 2015

**WARDEN'S OFFICE**

Exhibit 2A (Still being written (original))
1

## My Event Journal

8/10/15 On August 10th, 2015, I was in barracks 2, housing 1, at the Grimes unit prison (ADC). I was called to the barracks front door by Inmate Every Richardson. Inmate Richardson stated he was there to collect some money and I explained that I did not know who he was or what he was talking about. Inmate Richardson left 2 barracks and went into 6 barracks where he was locked behind the door by officer Tate. Inmate Richardson somehow got the officers to open 6 barracks door up while 2 barracks door was still open. Inmate Richardson ran into 2 barracks attacking me with a homemade knife. I was hit with the homemade knife in my neck, above my left eye, back of my neck, left side of my chest, and upper left side of my back. I was forced to break ADC policy and fight back to defend myself from being stabbed anymore than I had already until officers could arrive to help me. Officers failed to protect me by failing to follow ADC protocol and allowing more than one (1) barracks door to be open at a time, jeopardizing the safety of all Inmates and resulted in injury to me. I was taken to medical by security officer and pictures were taken of my wounds and documented. I was then taken to Harris Hospital (ER Trauma) where I was treated for my injuries and received stitches in my back. I was also given a cat scan and X-Rays at the hospital. I was transported back to Grimes Unit prison (ADC) and taken back to medical. I was interviewed by a guy from Internal Affairs and gave a briefe description of what happened. I was placed then in a cell in the back of medical and held there. Sometime around 7-8pm I was approached by

t. Baker. He told me that he was told to place me in segregation as soon
is medical cleared me. I asked Lt. Baker why was I being taken to
seg. when I was the Victim? and he replied that it wasn't his call and
er Major. Robertson I am to be placed in segregation. I was escorted to
segregation around 12-12:30 am and placed in an observation cell #
26

8/11/15: I was cuffed and taken to the medical room on 5
side and given treatment to clean my wounds from being stabbed.
I talked with Mr. Tipton in mental health and explained that I am
experiancing anxiety and panic attacks. do to the fact that I had been
stabbed the day before.
I asked for a grievance and officers said they don't have any at
the moment.

8/12/15: I woke up and experianced a panic and anxiety attack
and have been having trouble sleeping. I need to make sure I talk to
mental health when they come back and do rounds.
There are still no grievances per what the officers are saying and I am
really starting to think that I'm never going to be able to grieve the
matter of failed protocol.
I was taken to 5 side medical room today and given treatment for
my wounds.

8/13/15: I awoke today experiancing another panic and anxiety
attack and I also had a nightmare of being stabbed in my sleep.
I finally got a grievance today and I am filing an emergency grievance
for failure to follow protocol resulting in me being injured.
I seen Mr. Tipton today and told him about my panic and anxiety
attacks again and also told him I had a nightmare of being stabbed
in my sleep.

I went to the 5 side medical room and received treatment for my wounds today.

I am having trouble sleeping because of the nightmares of getting stabbed plus I am also experiancing excruciating back pain from my stab wound all the way down my back

8/14/15: Really not feeling too good. I got a headache, my back hurts, and I've been up all night tossing and turning and trying to think good thoughts so I won't have another nightmare about being stabbed and attending my own funeral.

I wrote a grievance to on officers for failed protocol that led to me being injured. I gave the grievance to Sgt. Golden. I was cuffed and went to treatment call today on 5 sides medical room for treatment of my stab wounds.

8/15/15: Experiancing mayor back pain and having trouble getting into a comfortable position without hurting so much when I move.

I had another nightmare today and each time gets worse with me ending in death causing me to have panic and anxiety attacks. I think I really need to be seen.

I went to step 2 on my grievance. All that was said was that the issue was being investigated.

8/16/15: Not feeling so good. I think I need to be seen by a phychiatris or counselor for the nightmares and panic attacks.

8/17/15: I got my acknowledgement paper today that my grievance was being looked at by the warden and it will be answered no later than 9/17/15.

3/1/15:

I havent really felt like doing anything. I feel depressed that I have to be stuck in this cell for defending myself. All I want to do is sleep but sleep has become my worst enemy the last few weeks because of the nightmares and them leading to me having panic and anxiety attacks. I really need to see someone about this problem.

3/5/15: Sgt. Lawson just woke me and to me to pack my stuff that I am getting out of segregation and going to population. After only being out of seg for 3 hours Sgt. Lawson and Cpl. Moss come and escort me back to seg because apparently they made a mistake by letting me out this is some straight BS.

3/6/15: I have been up all night. Scared to go to sleep because everytime I do fall asleep I have a nightmare about being stabbed causing me to wake up and panic.

3/7/15: Still experiancing back pain from my stab wound all the way down my back. I need to put in another sick call.
Today I zoned out while I was awake and could've sworn I seen inmate Every Richardson coming at me with a knife. I gotta get some help.

3/8/15: Got an ok's night sleep for the first time in a long time. I hope that Im getting over the nightmares and panic and anxiety attacks. I am still experiancing the pain in my back though.

3/10/15: I went to classification today. Warden Earl first expressed that he didnt have a problem letting me out of segregation but then Sgt. Davis said that the reason I got stabbed was my fault and fabricated a story that I slapped inmate Richardson but it is not on camera, no witnesses, and not written in my disciplinary I received and I tried to explain that to the comittee but was told to shut up by Sgt.

3

Davis. Warden Earl then said I would remain in segregation another week until he could figure things out.

9/15/15: I received a response for my grievance step 2 process from the unit warden Banks. He stated that protocol was not followed of the rotating of the doors one (1) barracks at a time. which led to inmate Richardson being let out of 6 barracks and into 2 barracks and found my grievance with merit and said the problem was solved. I was not given back my original copy of my grievance sheet that I need to exhaust the grievance procedure.

I had a nightmare about being stabbed again and woke up in a frantic sweating and crying.

9/16/15: I filed a grievance for not receiving my original copy of my grievance back (GR-15-01076) and I also wrote ARO requesting the original or a copy so I could go ahead and exhaust the grievance procedure.

I went ahead and sent my final grievance appeal out today because I was running out of time to get it out. Sgt. Doughnery took it and dropped it in the out going mail box for me.

9/17/15: I did not get a response from the ARO today concerning me not getting my original copy of my grievance back (GR-15-01076).

I am experiancing excruciating pain in my back today up by the spot I was stabbed.

9/18/15: I talked to Mental Health, Mr. Tipton, and explained that I was still experiancing panic and anxiety attacks, having nightmares of being stabbed when I sleep. I told

him that I really needed to be evaluated by a doctor to get help.

I dropped a Sick Call today explaining that I am still experiancing back pain from my stab wound all the way down my back.

i went to classification and again tried to explain that I was a victim and that I'm not a threat to security but was told to shut up by Major Robertson. Warden Earl told me I would be held in segregation until he was able to review my file. I have now been held in segregation for 39 days and counting.

9/19/15: No response at mail call from the ARO today about my original grievance or getting a copy.

I had another nightmare about being stabbed and woke up screaming and pouring sweat. It has been getting worse since it first started a month or so ago and I need to be seen ASAP!

9/20/15: Been up all night, cant sleep. I'm depressed because the nightmares wont go away. I really need help.

I wrote mental health explaining that I need to see a doctor for my problems or I'm going to be forced to grieve because I feel as if I am not getting any help for my problems at all and things are only getting worse.

9/21/15: Having back pain and need to see a doctor about the issue ASAP.

I didnt have a nightmare today but it was constantly on my mind about getting stabbed and that alone gives me chills and scares me just to think about it.

i got nothing back today from ARO about my original grievance I filed (GR-15-C1076) nor did I get my informal grievance that was filed on 9/16/15 and taken by Cpl. D. Malett on 9/17/15. I dropped the yellow copy of my informal grievance and went directly to Step 2. Sgt.

4

Dougherty took the yellow copy of the grievance and placed it in the right outgoing box.

Mental Health came through today to do rounds and I tried to talk to Mr. Tipton to ease some of the anxiety I was experiencing be he never acknowledged me and kept walking. ??? I dont know if it was on purpose or if he was just super busy at the time.

I dropped another sick call about my back pain today and hopefully I will be able to see a doctor soon.

I sent another request today to Mr. Tipton requesting to be seen because the nightmares are making me depressed (Not homicidal or suicidal) and my panic and anxiety attacks are continuing daily as a result.

9/22/15: I got nothing today at mail call referring to my request to ARO, nor did I receive an aknowledgement paper about my Step 2 process on my grievance I filed 9/17/15. I tried to talk to Mr. Tipton (Mental Health) about whats been going on with me and once again today he ignored me and said that he was busy. I then tried to talk to major Robertson about my problem but he refused to come by my cell and said that he didnt want to talk to me and left out of segregation.

I had a light panic attack today and I had to try and work out to keep the thoughts about getting stabbed out of my head. I have really been trying to avoid as much sleep as possible So I wont have to experiance anymore nightmares and I am exhausted. I just wish they would start already.

• I woke up at 11:37 screaming and having a panic

attack about a nightmare about being stabbed and dying on the way to the hospital. I went directly to Sgt. Doughtery and asked him to please get in touch with mental health that I was having panic attacks and having nightmares again. He said that he would log it in the log book an email mental health. I dont know why things are like this and I'm starting to be afraid to be in this oneman cell because I have nobody to talk to about whats going on with me and I try to contact mental health and they are not answering me at all and I'm starting to feel that they want me to experience these problems I'm having. This is really making me depressed and I can't take this shit much longer. Something has to give I really need help.

1/23/15: I talked to Mr. Tipton (mental health) today. I told him about what happened last night about the nightmares and panic and anxiety attacks. I also told him I haven't been able to sleep good cause of the nightmares constantly occuring. He told me what he's been telling me for the past month that he'll put in a referral but that he couldnt make any promises that I'd be seen. Mr. Tipton said that he got the email Sgt. Doughtery sent him stating that I needed to be seen by mental health.

I have yet to receive anything from the ARO about getting a copy of my original grievance (GR-15-01076) nor did I get anything about the grievance that was filed about that either.

1/24/15: I went to classification today and I was told by warden Earl that I am to remain in segregation until I can be transferred to another unit even though the guy that stabbed me has already been transferred but he said that they dont know what I got planned then or if they let me out the hole so therefore I am being placed on the transfer list.

5

I went to Sick Call today and was seen by nurse Mrs. Neal for less than 60 seconds about my back pain from my sustained injury when I got stabbed in the back August 1st 2015. She told me that the Dr. said for me to start doing back stretches and continue taking ibuprofen for pain and that she would place me on the list to be seen by the doctor. I didn't hear anything back from ARO today about my original grievance (GR-15-01076) that was not returned to me nor have I heard anything about my informal grievance I filed on ARO about not getting my original grievance back and I also haven't received an acknowledgement paper about going to Step 2 on the grievance which was filed on 9/17/15.

It is 11:47 pm and I am afraid to go to sleep because of the reoccurring nightmares about being stabbed and I am tired of the panic and anxiety attacks. I know that I can't continue to fight the exhaustion I'm feeling and I know that eventually that I am once again going to have to face the nightmares that are becoming my worst enemy of a stabbing that could have clearly been avoided by all means if officers on duty would have followed protocol.

9/25/15: I really needed to speak with someone from mental health today but they didn't come through to do their rounds today. I just feel really gloomy and exhausted from not getting sleep because I'm afraid of the nightmare of being stabbed.

I didn't receive anything from the ARO today about my original

grievance (GR-15-01076) nor did I get anything on the informal that I filed (now way passed the 3 day working day period) or an acknowledgement of the 1st step of process. I wrote Warden Banks to inform him of whats going on with the grievance issue and asked could we meet to resolve this issue.

I wrote ARs and Sgt. Wilkerson took the letter I wrote to the Garden to drop.

Cpl. Taylor just brought me the informal grievance back that I filed 9/17/15 the grievance I wrote for not getting my original copy of grievance back (GR-15-01076). Cpl. Malott stated that he was unable to get a response. That was all that was written on the informal answer. I went ahead and went to step 2 even though I already proceeded to the step 2 process with the yellow copy of the grievance on 9/21/15 I don't know how this will affect my grievance procedure do to the fact that my pink and yellow copy show I went to step 2 9/21/15 and that the reason for that matter was because "Do to request about issue not being answered nor informal being answered back". The white and blue copies state "Problem was not resolved", dated today 9/25/15 Cpl. Taylor refused to take the original copy of the step 2 procedure stating that he only had to take the blue copy but the grievance clearly states that the white copy is used to proceed in all steps. I had to wait and have the Sgt., Sgt. Wilkerson drop the step 2 for me. I don't know what type of games the staff at this unit are playing but something has to be done about this failed procedure.

1/26/15 : Not alot has happened today, but I have occasionally thought about the stabbing but tried to delute the thoughts with other things such as listening to the radio but it only worked for so long until the thoughts of that day were back in my head.

I tried to do the back exercises the doctor told the nurse to tell me to do

6

but the pain was unbearable and I was brought to tears trying to do them. I finally gave up after only a few minutes because the back stretches were causing me more pain than I would have liked to experience.

9/27/15: I filed a grievance against mental health today stating: Persons being grieved: J. Tipton, Shirley Catllin, Lori Hoist, Dr. Daniels, and Dr. Rashad in Re: NPC 10.1.0 #10 clearly states Ad-seg inmates shall receive MH services upon request. If confinement continues for an extended period a psychological assesment shall be made. under Arkansas ACA 4-425.6 and ACA 4-425.8 these are Arkansas laws set in place. At to which I have made several written request using NPC 1.5.0 inmate request forms with no response from MH staff. several attemps likewise have been given to J. Tipton and security staff has even emailed MH staff about anxiety, distress, and nightmare the witnessed. I am not suicidal / Homicidal, I AM NOT. I am afraid at times to sleep because of the nightmares, forcing me to stay up 2-3 days straight until my body crashes. I reflect to the situation that occured to me on 8/10/15 constantly. It may seem minor to some but to me I'm afraid. I see this as a violation of my 8th amendment. : End.

Cpl. Taylor took the grievance out of my cell door and stated he was taking it to Sgt. Wilkerson to sign and drop in MH box.

9/28/15: Lt. Lee came around and did his rounds today in segregation and I explained to him that I have been having panic and anxiety attacks and experiancing nightmares caused by the stabbing and he stated that he would try his best to alert the attention of MH so that I could be seen.

At mail call today I received an acknowledgement form of my grievance I filed on 9/16/15 (GR-15-01309) about me not getting my original copy back of my grievance (GR-15-01076).

Peggy Durham, ARO, finally answered back to one of my several request I have put in and she wrote: "After looking into Eomis it showes that GR-15-01076 was sent to Pine Bluff for the appeal process. Your appeal was denied on 9/21/15. You would have had to sent your original for the appeal. Your due process has not been violated. However, copy sent on 1/28/15." End.

- received a copy of my original grievance (GR-15-01076) but I am confused to why I could receive a copy of my original but not receive the original itself which I am entitled to and must have to appeal to central which is now denied because they say I failed to attach the original copy the one that I never received back from staff in the first place.

- wrote Peggy Durham again another request stating: Why was my appeal denied when staff failed to give me back my original grievance (GR-15-01076 and how is that not a violation of my due process? I was forced to file my appeal to central without my original because someone in your department failed to give me back my original copy and I only had 5 working days to appeal. That is clearly a violation of my due process." End

- filed a grievance stating: This grievance comes against Warden Banks, Peggy Durham ARO, and Sgt. Golden for violating my due process in Re: GR-15-01076. Prison authorities have acted with deliberate indifference towards me using grievance procedure AD14-16 and violated my 8th amendment right. The subjective recklessness the above officials took in the steps, procedures clearly explained in the AD14-16 cause adverse action for me not to proceed in my final step of the grievance procedure for me to advance a legitimate correctional goal. This action has chilled my

exercise of my constitutional rights in compliance with federal PLRA rules, and Arkansas state exhaustion remedies by not providing the required paper work, therefore resulting of my final step being lapsed with time and denied. Because of these actions hearard, I am afraid a retaliation for using this procedure. Staff has acted grossly, maliciously, sadisticly, and intionally in their official capacity, acting under the color of the state of ~~Texas~~ Arkansas. Paper work and original copies are being withheld from me (GR-15-01076). I am grieved. End.

9/29/15: At around 8:37 am Sgt. Lawson came to my cell and picked up the grievance that was dated 9/28/15. While "chow" was being passed out Sgt. Lawson and Peggy Durham ARO approached my cell door asking me what my problem was because I keep piling grievances about not getting my original document and their failure to allow me my due process. I stated to her that I did not receive my original document of GR-15-01076 and she stated that she sent me a copy of my original grievance but I countered by saying that I was needing my original document not a copy. Peggy Durham then stated that the photo copy was as good as the original itself and once again I stated that the AD 14-16 grievance procedure states that I must appeal with the original grievance document not a copy or any other form. She then proceeded to say that Pine Bluff did not deny my appeal because my failure to attach my original grievance but on 9/28/15. I got a request from ARO Peggy Durham and it stated that the reason my appeal was being denied was because I failed to send my original document. ??? Then she stated that the reason my appeal got denied was

because I sent my appeal out before my wardens response was given but how could that be when I did my appeal to Pine Bluff on the wardens response sheet as directed to do? She then stated that she doesn't know why my appeal was denied that it was out of her hands once I appealed to pine Bluff and she didn't have access to the directors answer. I don't know what Peggy Durham is trying to cover up but she was deliberately changed her stories and recanting to several others to no avail. I wrote Attourney of law Phillip Votow today to see if he could take my case or refer me to someone who will because things are starting to get really complicated.

I haven't had a nightmare in a couple of days but I also haven't slept more than an hour at a time either because I've been afraid of what will happen if I do.

MH has yet to acknowledge my grievance I wrote. I wonder whats taking so long and when will I be seen by a psycologist.

1/30/15: Still waiting on a response about my grievance that I filed against Mental Health. It has been four days now and still no reply.

01/2?/15: I went to medical about my back & went and seen a physicion named Simmons and he put me on steroids for 10 days, gave me Tylenol, and some type of pain medicine I can't pronounce.

I went to classification for a review of my Ad-seg. They asked if I had any problems and I explained that I was having trouble with my grievance procedure because I was not getting back original grievance documents to file to the next steps and they just told me that was what the yellow copies and others were for and then dismissed me.

Lt. Cantrell came to my door and braught me legal mail inmate grievance appeals. Inside the letter was the original grievance I filed that I never got back and a rejection of my appeal for failure to follow the grievance

Exhibit 3A



honor and integrity in public service

**Arkansas Department of Correction**



**I**nternal
**A**ffairs
**D**ivision
P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone. (870) 267-6218
Fax    (870) 267-6226

**MEMORANDUM**

**TO:**       **Inmate Datrick Thomas ADC# 155115**
             **Grimes Unit**

**FROM:**     *R   J c n*
             **Raymond Naylor, Disciplinary Hearing Administrator**

**RE:**       **Major Disciplinary Appeal Modification**

**DATE:**     **September 16, 2015**

**Please be advised that I am in receipt of your disciplinary appeal dated September 4, 2015, regarding the major disciplinary you received on August 10, 2015, 2:07pm, by Sgt. Greg Ivey.**

**After a thorough review of all the documents pertaining to this matter, I find that I must modify the decision of the major disciplinary hearing officer. I am suspending your punishment of Class IV, 30 days punitive isolation for 90 days.**

**If you so desire, you may appeal further to the Director of the Department of Correction.**

**RN1**

**Cc:    Warden Banks / Inmate File**
**File**

NPC I.5 0                                                              ATTACHM

# Inmate Request Form
# Newport Complex

This form is to be used by inmates in contacting staff with requests on issues.  Staff should be given 5 working days to respond.

| Name: Patrick Thomas | ADC Number: 155115 | Date 9/25/15 |
|---|---|---|
| Housing Assignment: Seg | Job Assignment: Un Assigned | |
| To (Staff Member): Peggy Cowell | Office: ARO | |

I have a request concerning the following area (circle one):

Classification      Parole        Visitation         Medical        Telephones      Prop

Mail        Law Library          Commissary         General Library        Job Assignm

Staff        Mental Health         Personal Hygiene          Other: _____

Detailed Reason for Request: I have sent you several request about my grievance (GR-15-01076) not being given back my original copy. You have failed to answer any of my request and when I grieve the matter about it my informal never gets answered and when I go to step² with my yellow copy you dont send me an acknoledgement form stating it was received. I don't know why you are ignoring my request but I am just making you aware that you are violating my rights I have as a prison inmate. Thank you!!

Have you talked to any staff member about this request? ____ Yes ___ No  If so, whom?
Staff member(s) contacted: _____  Date: _____

Patrick L Thomas  9/25/15
Inmate's Signature                          Date

*********************************************************************

| Staff Member Responding: Peggy Durha | Date: 9-28-15 |
|---|---|

I have reviewed your request and my finding is as follows: After Looking into eOmis, its shows that GR-15-01076 was sent to Pine Bluff for the Appeal process. Your Appeal was denied on 09/21/15. You would had to sent your orginal for the Appeal. Your due process As not been violated. However, Copy Sent on 9-28-15

Received \ Grievance

SEP 28 2015

Grimes

Peggy Durha  9-28-15
Staff Signature

I am referring thi

NPC 1.5.0

ATTACHMENT I

## Inmate Request Form
## Newport Complex

This form is to be used by inmates in contacting staff with requests on issues. Staff should be given 5 working days to respond.

| Name: Patrick Thomas | ADC Number: 155115 | Date: 9/28/15 |
|---|---|---|
| Housing Assignment: Sec | Job Assignment: UA | |
| To (Staff Member): Peggy Durham | Office: ARO | |

I have a request concerning the following area (circle one):

Classification    Parole    Visitation    Medical    Telephones    Property

Mail    Law Library    Commissary    General Library    Job Assignment

Staff    Mental Health    Personal Hygiene    Other: _____

Detailed Reason for Request: Why is my appeal being denied when staff failed to give me back my original grievance (BR-15-01076) and how is that not a violation of my due process? I was forced to file my appeal to Pine Bluff without my original because you or someone in your department failed to give me back my original copy and then on top of it all I only had 5 days to appeal. That is clearly a violation of my due process and I'm starting to feel as if the errors being made are intentional and grossly wrong on your part.

Have you talked to any staff member about this request? ___ Yes ___ No  If so, whom?
Staff member(s) contacted: _____    Date: _____

Inmate's Signature: Patrick L Thomas    9/28/15
Date

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳

| Staff Member Responding: | Date: |
|---|---|

I have reviewed your request and my finding is as follows: I got you Step 2 on 8-15-15 for WR-15-01076. You did not do a Step I. You got your Acknowledgment from this office on 08-27-15 stating you would get the Warden response by 9-15-15. Records shows you sent your Appeal before you got the Warden response on 9-13-15. You need to write Pine Bluff about your Complaint. Once the Appeal process starts, it is out of this Office's Control.

Staff Signature: Peggy Durham

Grievance

Received \ Grievance

SEP 29 2015

Grimes

Grimes

I am referring this request to: _____    1/31/13