# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DATRICK THOMAS,**
**ADC #155115**                                                                                                     **PLAINTIFF**

**V.**                     **CASE NO. 1:15-CV-118 JM/BD**

**JIMMY BANKS, et al.**                                                                      **DEFENDANTS**

## ORDER

Mr. Thomas has moved to dismiss his claim regarding the Defendants' failure to address his mental health needs. (Docket entry #9) In addition, he has moved to dismiss his claims against Defendants Banks, Page, Robertson, Cantrell, and Durham. The motion (#9) is GRANTED. Mr. Thomas's claim regarding his mental health treatment is DISMISSED, without prejudice. In addition, his claims against Defendants Banks, Page, Robertson, Cantrell, and Durham are DISMISSED, without prejudice.

The Clerk of Court is directed to prepare summonses for Defendants Milgram, Tate, and Campbell. The United States Marshal is directed to serve copies of the complaint, with any attachments (#2), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for these Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 18th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE