IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DATRICK THOMAS,**
**ADC #155115**                                                                                          **PLAINTIFF**

**V.**                       **CASE NO. 1:15-CV-118 JM/BD**

**JIMMY BANKS, et al.**                                                                       **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Datrick Thomas, formerly an Arkansas Department of Correction inmate, filed this case under 42 U.S.C. § 1983. (Docket entry #2) After Mr. Thomas was released from custody, the Court instructed him to file a non-prisoner *in forma pauperis* (IFP) application to determine whether he remained eligible to proceed IFP. (#30) The

Court specifically warned Mr. Thomas that his failure to comply with the Court's order could result in dismissal of this action under Local Rule 5.5(c)(2).

To date, Mr. Thomas has failed to comply with the Court's May 10, 2016 Order, and the time for doing so has passed. Defendants have now moved for the Court to dismiss Mr. Thomas's claims based on his failure to prosecute this lawsuit. (#31)

### III. Conclusion:

The Court recommends that the Defendants' motion to dismiss (#31) be GRANTED. Mr. Thomas's claims should be DISMISSED, without prejudice, based on his failure to comply with this Court's May 10, 2016 Order and his failure to prosecute this lawsuit. The Defendants' pending motion for summary judgment (#24) should be DENIED, as moot.

DATED this 13th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE