# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DATRICK THOMAS,**
**ADC #155115**                                                                                              **PLAINTIFF**

**V.**                          **CASE NO. 1:15-CV-118 JM/BD**

**JIMMY BANKS, et al.**                                                                                      **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Thomas's claims are DISMISSED, without prejudice and the pending motions for summary judgment (#24) and for extension of time to complete discovery (#34) are DENIED, as moot.

IT IS SO ORDERED this 5th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE